LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN G. PENCE AND PAMELA PENCE, | Case No. C 06 1297 TEH |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |
| v. | **HON. THELTON E. HENDERSON** |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: June 6, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

Dated:  June 6, 2006

IT IS SO ORDERED
Judge Thelton E. Henderson

VOLUNTARY DISMISSAL                                         PAGE 1